**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SONJA HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., and<br>JOHN/JANE DOES 1-5,<br><br>Defendant. | Civil Action File No.:<br><br>________________________<br><br>Removed from Henry County State Court, Civil Action No. STSV2026002725<br><br>JURY TRIAL DEMANDED |

**DEFENDANT THE KROGER CO.'S NOTICE OF REMOVAL**

COMES NOW Defendant The Kroger Co., (hereinafter referred to as "Defendant" or "Kroger"), by and through undersigned counsel, and shows this Honorable Court the following:

1.

This action was filed in the State Court of Henry County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule 3.1(A), LR App. A, I). This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses where Plaintiff alleges that she was injured when she entered a store and slipped on a liquid on the floor, causing her to fall and suffer serious injuries to her body. The United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

A true and correct copy of all process, pleadings, and orders served upon Defendant The Kroger Co. in this action is attached hereto as Exhibit "A."

4.

The matter in dispute exceeds $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as evidenced by the Plaintiff's Responses to Defendant The Kroger Co.'s First Requests for Admission to Plaintiff Sonja Holmes (attached hereto as Exhibit "B") in which Plaintiff denies that the amount in controversy does not exceed $75,000.00. Plaintiff's Responses and Objections to Defendant The Kroger Co.'s First Continuing Interrogatories to Plaintiff Sonja Holmes (attached hereto as Exhibit "C") further state that Plaintiff

has incurred in excess of $39,891.84 in expenses, and that her damages are continuing to be evaluated and calculated. The amount in controversy exceeds the $75,000.00 threshold for removal to federal court on the basis of diversity jurisdiction.

5.

(a) At the time of the commencement of this action in the State Court of Henry County, and since that time, Plaintiff Sonja Holmes ("Plaintiff") was and is now, a citizen of Georgia.

(b) At the time of the commencement of this action, Defendant Kroger was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and a citizen of Ohio.

6.

The matter in controversy is between citizens of different States and, as outlined above, the amount in controversy exceeds $75,000.00.

7.

Accordingly, this action, over which the United States District Court for the Northern District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is

removable to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441.

8.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441, 1391, and 90(a)(4); see also N.D.G.A. Local Rules LR 3.1(B)(1)(a) and LR App. A, I.

9.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this *Notice of Removal* with the Clerk of the State Court of Henry County, Georgia.

10.

The instant *Notice of Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(1).

11.

Furthermore, the instant *Notice of Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the above-styled civil action.

WHEREFORE, Defendant The Kroger Co. requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the 23rd day of October, 2026.

**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-0373
Facsimile: (404) 870-1033
Email: mmoffett@grmb.com
slisle@grmb.com
severt@grmb.com
jsisson@grmb.com

***/s/ Simrun M. Evert***
Matthew G. Moffett
Georgia Bar No. 515323
Sarah Raquel L. Lisle
Georgia Bar No. 412593
Simrun M. Evert
Georgia Bar No. 806443
*Attorneys for The Kroger Co.*

CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Willie C. Ellis, Esq.
Frank I. Chao, Esq.
Diamond A. Nimene, Esq.
THE ELLIS FIRM
3400 Peachtree Road N.E., Suite 725, Atlanta, Georgia 30326
will@call-ellis.com
frank@call-ellis.com
diamond@call-ellis.com

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted, this the 23rd day of October, 2026.

**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-0373
Facsimile: (404) 870-1033
Email: mmoffett@grmb.com
slisle@grmb.com
severt@grmb.com
jsisson@grmb.com

***/s/ Simrun M. Evert***
Matthew G. Moffett
Georgia Bar No. 515323
Sarah Raquel L. Lisle
Georgia Bar No. 412593
Simrun M. Evert
Georgia Bar No. 806443
*Attorneys for The Kroger Co.*