E
THE ELLIS FIRM
TRIAL ATTORNEY

WILLIE C. ELLIS, JR., ESQ.
ADMITTED IN GEORGIA & NEW YORK

Office: 770-212-1432
Email: will@call-ellis.com

November 2, 2026

**VIA ELECTRONIC COURT FILING**
U.S. District Court Judge
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building
2388 United States Courthouse
75 Ted Turner Drive, S.W.,
Atlanta, Georgia 30303-3309

**Re: Gregory and Tonya Creekmore v. State Farm Fire and Casualty**
United States District Court for the Northern District of Georgia
Civil Action File No.: 1:26-cv-06462-TRJ

**Application for Leave of Absence**

Dear Clerk of Court:

Pursuant to Local Rule 83.1E(5) regarding leaves of absence in the United States District Court, Northern District of Georgia, I am hereby tendering my Application for Leave of Absence and request that the above-styled case not be calendared during the following periods:

November 23, 2026 – November 25, 2026

December 09, 2026 – December 14, 2026

December 28, 2026 – December 31, 2026

January 4, 2027 – January 8, 2027

I request this protection be applicable to all trials, hearings, or other legal proceedings that might be scheduled or noticed in the case. I am notifying all parties of record for this case by e-filing same using the CM/ECF System which will automatically send e-mail notification of said filing to all attorneys of record.

Very truly yours,

**THE ELLIS FIRM**

________________________
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SONJA HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., and JANE/JOHN DOES 1-5,<br>Defendants. | Civil Action File No.<br>1:26-cv-06462-TRJ |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a true and correct copy of **Application for Leave of Absence** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew G. Moffett
Sarah Raquel L. Lisle
Willymena Joseph
**GRAY, RUST, MOFFETT**
**& BRIESKE, L.L.P.**
950 East Paces Ferry Road NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
mmoffett@grmb.com
slisle@grmb.com
wjoseph@grmb.com
*Attorneys for Plaintiff*

This 2nd day of November 2026.

**THE ELLIS FIRM**
*/s/ Willie C. Ellis Jr.*
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

3400 Peachtree Road N.E.
Ste. 725
Atlanta, Georgia 30326
Phone: (770) 212-1432
Facsimile: (404) 393-2392
will@call-ellis.com