**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
ATTORNEYS AT LAW
950 EAST PACES FERRY ROAD NE
SUITE 1700 – SALESFORCE TOWER ATLANTA
ATLANTA, GEORGIA 30326
(404) 870-7390 (Telephone)
(404) 870-1030 (Facsimile)
mmoffett@grmb.com (E-mail)

November 23, 2026

Honorable Tiffany R. Johnson
ATTN: Uzma Wiggins, Courtroom Deputy
2142 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Sonja Holmes v. The Kroger Co., et al.
USDC N.D.G.A. Civil Action File No. 1:26-cv-06462-TRJ

Dear Ms. Wiggins:

Pursuant to Local Rule 83.1E(4), regarding leaves of absence for less than 21 days, the undersigned, as lead counsel in the above-referenced matter, respectfully requests that this case not be calendared during the periods set forth below as I will be away from the practice of law during this time.

December 14-17, 2026;
January 4-8, 2027;
January 11-15, 2027;
February 22-26, 2027; and
March 1, 2027.

Very truly yours,

***/s/ Matthew G. Moffett***
Matthew G. Moffett
Georgia Bar No. 515323

cc: Counsel of Record, via CM/ECF